## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FUK LING PAU

    v.                                                        Civil No.   3:14cv841 (JBA)

JIAN LE CHEN, NEW CHINA KING LLC.,
FANG RONG ZHENG,

### JUDGMENT

      This matter came on for court trial before the Honorable Janet Bond Arterton, United States District Judge, which concluded on May 29, 2015.   Judge Arterton issued a memorandum of decision on October 21, 2015, entering a verdict in favor of the plaintiff, Fuk Ling Pau, against the defendant, Jian Le Chen, in the amount of $81,648.15 and reasonable attorney's fees and costs pursuant to 29 USC 216(b).   Defendants, New China King and Fang Rong Zheng, are not liable to the plaintiff.   It is therefore;

      ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Fuk Ling Pau, against Jian Le Chen, and the case is closed.

      Dated at New Haven, Connecticut, this 21st day of October, 2015.

                                                            Robin D. Tabora, Clerk

                                                             By: ____/s/_____
                                                             Tiffany Nuzzi
                                                            Deputy Clerk

EOD:  10/21/15